IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TATIANA KOTCHERQUINA                                                                          PLAINTIFF

V.                                      CASE NO.  4:11CV00342 JMM

FITNESS PREMIER MANAGEMENT, LLC
D/B/A FITNESS PREMIERE OF LITTLE ROCK                                        DEFENDANT

JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiffs's Complaint is dismissed with prejudice.

IT IS SO ORDERED THIS   2   day of    March   , 2012.


_____
**James M. Moody**
**United States District Judge**